IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| ROBERT JOHN BRIA, | 1:06-cv-01334-AWI-TAG (HC) |
|---|---|
| Petitioner, | ORDER GRANTING IN PART PETITIONER'S REQUEST FOR EXTENSION OF TIME TO FILE TRAVERSE (Doc. 18) |
| vs. | |
| BEN CURRY, | ORDER REQUIRING PETITIONER TO FILE TRAVERSE WITHIN THIRTY DAYS |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On April 14, 2008, Petitioner filed a motion to extend time of sixty days within which to file his traverse. (Doc. 18). Petitioner contends that the time allowed for him to use the prison law library is currently restricted.

The Court normally grants extensions of time, upon a showing of good cause, in thirty-day increments. Good cause having been presented to the Court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that Petitioner's motion for extension of time is GRANTED IN PART. Petitioner is granted thirty days from the date of service of this order in which to file his traverse.

IT IS SO ORDERED.

Dated:  **May 2, 2008**                              **/s/ Theresa A. Goldner**
                                                      UNITED STATES MAGISTRATE JUDGE