IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT JOHN BRIA, | 1:06-cv-01334-AWI-TAG (HC) |
| Petitioner, | ORDER DENYING PETITIONER'S SECOND MOTION FOR EXTENSION OF TIME TO FILE TRAVERSE (Doc. 22) |
| vs. | |
| BEN CURRY, | |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On April 14, 2008, Petitioner filed a motion for a sixty-day extension of time to file his traverse. (Doc. 18). Petitioner contended that the time allowed for him to use the prison law library is restricted. On May 5, 2008, the Court granted Petitioner's motion in part and denied it in part, granting him an additional thirty days to file his traverse. (Doc. 21). On May 22, 2008, Petitioner filed a second motion for an extension of time of time to file his traverse, on the same ground. (Doc. 22).

The scheduling order in this action directed Petitioner to file a traverse, if any, no later than thirty days after the answer was filed. (Doc. 9). The answer was filed on March 26, 2008. As a result of the Court's May 5, 2008 order, the time to file a traverse was effectively extended to June 10, 2008. Thus, Petitioner's time to file his traverse has effectively been extended more than 30 days, and he still has 19 days from the date of this order to file his traverse. The Court concludes that Petitioner has failed to show good cause for an additional extension of time to file his traverse.

-1-

1   Accordingly, Petitioner's second motion for an extension of time to file a traverse is
2   DENIED. (Doc. 22).

4   IT IS SO ORDERED.
5   Dated:   **May 22, 2008**                                  **/s/ Theresa A. Goldner**
                                                               UNITED STATES MAGISTRATE JUDGE