# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT JOHN BRIA, <br><br> Petitioner, <br> vs. <br><br> BEN CURRY, Warden, <br><br> Respondent. | CASE NO. 06-CV-1334-IEG (LSP) <br><br> **ORDER ON PETITIONER'S MOTION TO AMEND PETITION** <br><br> [Doc. No. 36.] |

Petitioner Robert John Bria is a state prisoner proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has filed an motion to amend his petition.

## **BACKGROUND**

Petitioner filed his original federal petition in the United States District Court for the Eastern District of California on September 25, 2006. (Doc. No. 1.) On March 26, 2008, Respondent filed an answer. (Doc. No. 14). On June 12, 2008, Petitioner filed a traverse. (Doc. No. 28.) On July 10, 2008, Petitioner filed a motion to amend his petition. (Doc. No. 30.) The Court denied Plaintiff's motion as untimely and dilatory on July 25, 2008. (Doc. No. 33.) On November 25, 2008, this matter was reassigned to visiting Judge Irma E. Gonzalez, Chief Judge, United States District Court for the Southern District of California. (Doc. No. 34.) On April 29, 2009, Petitioner filed a second motion to amend his petition. (Doc. No. 36.)

///

## **DISCUSSION**

In his motion, Petitioner alludes to "new information" he has discovered that is material to his petition, and states, "[n]ow that this Claim has been exhausted, Petitioner would like to bring this new information to this Court." (Motion at 2.) Plaintiff has not provided details or facts regarding the new ground he would like to assert in his amended petition. The Court declines to rule on Petitioner's motion without receiving further information from him regarding his proposed amendment.

Accordingly, it is hereby ordered that Petitioner shall file with the Court a supplemental brief containing a clear description of the new ground he seeks to assert in his amended petition, and a brief statement of supporting facts. **Petitioner's supplemental brief shall be no longer than four pages. Petitioner shall file his brief no later than <u>Friday June 5, 2009</u>**. Respondent shall file a response to Plaintiff's motion to amend his petition no later than **<u>Friday, June 19, 2009</u>**.

If the Court grants Petitioner's motion, it will order the petition amended to include the ground asserted in Petitioner's supplemental brief, and order additional briefing as necessary.

**IT IS SO ORDERED.**

**DATED: May 19, 2009**

_____
**IRMA E. GONZALEZ, Chief Judge**
**United States District Court**