# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT JOHN BRIA,<br><br>    vs.                    Petitioner,<br><br>BEN CURRY, Warden,<br><br>                              Respondent. | CASE NO. 06cv1334-IEG<br><br>Order Denying Certificate<br>of Appealability |

Petitioner Robert John Bria, a state prisoner proceeding pro se, has filed a notice of appeal, requiring this Court to determine whether it is appropriate to issue a certificate of appealability pursuant to 28 U.S.C. § 2253. The court should grant a certificate of appealability where petitioner makes a "substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253. The question is whether the issues raised by the petition are ones which reasonable jurists would find debatable. <u>Slack v. McDaniel</u>, 529 U.S. 473, 484 (2000).

Upon review, the Court finds none of the issues raised by Petitioner are "ones which reasonable jurists would find debatable." Therefore, the Court DENIES a certificate of appealability.

**IT IS SO ORDERED**.

**DATED: September 28, 2009**

                                                                   _____<br>                                                                 **IRMA E. GONZALEZ, Chief Judge**<br>                                                                 **United States District Court**