# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT JOHN BRIA,<br><br>　　　　　　　　　Petitioner,<br>　vs.<br><br>BEN CURRY, Warden,<br><br>　　　　　　　　　Respondent. | CASE NO. 06-CV-1334-IEG (LSP)<br><br>**ORDER DENYING PETITIONER'S MOTION FOR RECONSIDERATION OF ORDER DENYING CERTIFICATE OF APPEALABILITY**<br><br>[Doc. No. 49.] |

Petitioner Robert John Bria is a state prisoner proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. The Court DENIES Petitioner's motion for reconsideration of the order denying a certificate of appealability.

If a district court denies an application made or transferred to it, renewal of the application before a circuit judge is not permitted. Fed. R. App. P. 22(a). The applicant may, under 28 U.S.C. § 2253, appeal to the court of appeals from the district court's order denying the application. Id.

**IT IS SO ORDERED.**

DATED: October 13, 2009

_____
IRMA E. GONZALEZ, Chief Judge
United States District Court